Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
208 Pine St.
Floyd, VA 24091
Telephone: 540-745-2519
Fax: 931-964-3127
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

MYRA J. DUNCAN                                         6:14-cv-00034-HU

       Plaintiff,

                                        ORDER GRANTING
       v.                          ATTORNEYS' FEES UNDER
                                     42 U.S.C. § 406(b)

Commissioner of Social Security,

       Defendant.

      Attorneys' fees in the amount of **$7,933.78** minus the EAJA fees of $4,379.03 previously

paid for a total of **$3,554.75** pursuant to 42 U.S.C. § 406(b) are hereby awarded to Plaintiff's

attorney, Alan Graf.  The court finds that this is a reasonable fee in light of the circumstances in this

case.  When issuing the 406(b) check for payment to Plaintiff's attorney, the Commissioner is

directed to subtract any applicable processing fees as allowed by statute.

      DATED this 20__ day of January_____, 2017

                                   /s/ Michael W. Mosman
                                   United States District Judge

Presented by:

 /s/ Alan Graf
Alan Graf
Of Attorneys for Plaintiff

ORDER GRANTING ATTORNEYS' FEES